**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHANE C. KLATT,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:08-cv-2125-Orl-28KRS**

**ALL-BRAND FOOD DISTRIBUTION, INC.,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant, All-Brand Food Distribution, Inc.'s Motion to Enforce Settlement and to Dismiss Action (Doc. No. 40) filed February 3, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 12, 2010 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Enforce the Settlement Agreement is **GRANTED in part.** The Court finds that the settlement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act.

3. The Motion to Enforce the Settlement Agreement is **DENIED** in all other respects.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. This case is dismissed with prejudice.

6. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party